UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-MJ-03961-TORRES

UNITED STATES OF AMERICA

v.

ARTAVIOUS BLAKE,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014? _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Elena Smukler
Assistant United States Attorney
Fla. Bar No. 91025
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9444
Elena.Smukler@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ARTAVIOUS BLAKE<br><br>*Defendant(s)* | Case No. 19-MJ-03961-TORRES |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 4, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andres E. Rodriguez, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 5, 2019

*Judge's signature*

City and state: Miami, Florida    Edwin G. Torres, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Andres E. Rodriguez, being duly sworn, deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") currently assigned to ATF Miami Field Division, Group Two. I have been a law enforcement officer for over twenty years, and have been detached to ATF for approximately thirteen years. As part of my duties, I investigate violent crimes, including Hobbs Act Robberies in violation of Title 18, United States Code, 1951. I have received training on the proper investigative techniques for these violations. I have also conducted and assisted in fugitive and violent crime investigations. I have been a law enforcement officer with the City of Homestead Police for over twenty years and currently hold the rank of detective.

2. I respectfully submit that there is probable cause to believe that on December 4, 2019, Artavious Blake ("BLAKE") did knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a).

3. The statements contained in this affidavit are based on my personal knowledge as well as information relayed to me by other law enforcement officers and witnesses present on scene. I have not included in this affidavit each and every fact known to me. Rather, I have included only those facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint against BLAKE for the above-described criminal violation.

### PROBABLE CAUSE

4. On December 4, 2019, at approximately 11:57 a.m., a male wearing a mask, later identified as BLAKE, entered the Buy Smart Insurance located at 190 N. Homestead Boulevard,

in Homestead, Florida. Upon entering, BLAKE walked to the rear of the business. BLAKE reached his left hand into his pant pocket causing an employee of the business to believe he was armed, and proceeded to a file cabinet where the business keeps cash in a zippered bank bag. BLAKE then opened the file cabinet containing the bank bag and removed the bag. BLAKE then fled out of the business with the bank bag, which contained approximately $1,017.00 in U.S. currency. Once outside, BLAKE removed his mask, and was observed fleeing in a burgundy Nissan Maxima. The incident was recorded on the business's video surveillance cameras.

5. A description of the vehicle in which BLAKE fled was obtained and a BOLO was issued over police radio. Shortly thereafter, a burgundy Nissan was observed in the area of S.E. 8 Street and S. Homestead Boulevard. A traffic stop was initiated and the vehicle attempted to evade police. The vehicle finally stopped at S.W. 6 Street and Flagler Avenue, at which time BLAKE bailed out of the vehicle and began to run. BLAKE was ultimately taken into custody. The zippered bank bag and the mask BLAKE was wearing during the robbery were recovered. After being advised of his *Miranda* rights, BLAKE admitted that he had robbed Buy Smart Insurance.

6. Buy Smart Insurance sells insurance policies from major U.S. insurance companies, including Progressive, Mercury Insurance, Infinity Insurance, all of which are headquartered outside of the state of Florida, thus affecting interstate commerce. It should also be noted that Buy Smart Insurance closed during the investigation of the robbery described above.

## CONCLUSION

7. Based upon the information provided above, I respectfully submit that probable cause exists that ARTAVIOUS BLAKE did knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

_____
Task Force Officer Andres E. Rodriguez
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me
this 5th day of December 2019.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

3